IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALVIN WESLEY KING                                                                                    PLAINTIFF

v.                                        Case No. 1:25-cv-1058

TIFFANY STANLEY, Assistant
Jail Administrator; DOMINIQUE
DODSON, Center Supervisor; and
JOHNNY GUY, Jail Administrator                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on August 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant conducted a preservice screening of Plaintiff Alvin Wesley King's complaint and now recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Specifically, Judge Bryant finds that Plaintiff failed to allege sufficient facts supporting his access to the courts, retaliation, discrimination, and official capacity claims.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge